**McGUIREWOODS LLP**
Alicia A. Baiardo (SBN 254228)
abaiardo@mcguirewoods.com
Jenny Yi (SBN 314540)
jyi@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

*Attorneys for Plaintiff*
*Panasonic Corporation of North America*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PANASONIC CORPORATION OF NORTH AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>POWERTREE SERVICES, INC., POWERTREE SAN FRANCISCO ONE, LLC, DANLIN CORPORATION, and DOES 1-20 inclusive,<br><br>          Defendants. | Case No.: 3:21-cv-01012-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES RELATED TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**   AS MODIFIED<br><br>The Hon. Vince Chhabria |

        This Stipulation is made by and between Plaintiff Panasonic Corporation of North America ("Plaintiff") and Defendants Powertree Services, Inc., Powertree San Francisco One, LLC and Danlin Corporation ("Defendants"), as follows:

        WHEREAS, Defendants were served with the Summons and Complaint in this action on or about February 18, 2021 with a request for Waiver of the Service of Summons;

        WHEREAS, pursuant to Waivers of the Service of Summons executed by the Defendants, Defendants had sixty (60) days after the request for waiver was sent to answer or otherwise respond to the Complaint;

1     WHEREAS, on March 25, 2021, Defendants filed a Motion to Dismiss Plaintiff's Complaint

2 (the "Motion to Dismiss"), ECF No. 16.

3     WHEREAS, on March 31, 2021, the Parties stipulated to extend the deadline for Plaintiff to

4 respond to the Motion to Dismiss from April 8, 2021 to April 13, 2021 and the deadline for

5 Defendants to reply to Plaintiff's response from April 15, 2021 to April 22, 2021;

6     WHEREAS, the Parties wish to proceed with the hearing that the Court has scheduled for

7 the Motion to Dismiss for May 3, 2021 at 9:30 a.m. before Magistrate Judge Sallie Kim;

8     WHEREAS, the Parties do not seek an adjournment of any of the deadlines set forth in the

9 Court's Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 7);

10     WHEREAS, the deadlines in connection with Defendants' Motion to Dismiss and the

11 deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR

12 Deadlines are the only currently scheduled events in this action;

13     WHEREAS, extending the deadline for Plaintiff to respond to the Motion to Dismiss and

14 the deadline for Defendants to reply to Plaintiff's response to the Motion to Dismiss will not result

15 in prejudice to any party or the Court;

16     WHEREAS, pursuant to Civil Local Rule 6-2, the Parties to an action may stipulate to extend

17 the deadlines in connection with a motion with Court approval.

18 **STIPULATION**

19    WHEREFORE, the Parties hereby stipulate and agree to the following:

20    1.    Plaintiff's deadline to respond to Defendants' Motion to Dismiss is extended to and

21 including April 13, 2021;

22    2.    Defendants' deadline to reply to Plaintiff's response to Defendants' Motion to

23 Dismiss is extended to and including April 22, 2021;

24    3.    The Parties agree that the hearing on the Motion to Dismiss shall remain unchanged

25 and shall proceed on May 3, 2021 at 9:30 a.m. provided that day and time works for the Court; and

26    4.    The Parties' Stipulation does not otherwise affect the current deadlines in the Court's

27 Order Setting Initial Case Management Conference and ADR Deadlines.

28

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES RELATED TO DEFENDANTS' FIRST
MOTION TO DISMISS PLAINTIFF'S COMPLAINT, CASE NO. 3:21-cv-01012-SK

1   **IT IS SO STIPULATED.**

2

3   DATED:  April 2, 2021          **MCGUIREWOODS LLP**

4

5                                  By:*/s/ Alicia A. Baiardo*

6                                     Alicia A. Baiardo
                                      Jenny Yi

7
                                   *Attorneys for Plaintiff Panasonic Corporation of*
8                                  *North America*

9

10  DATED:  April 2, 2021          **LAW OFFICES OF MICHAEL G. ACKERMAN**

11

12                                 By:*/s/ Michael G. Ackerman*

13                                    Michael G. Ackerman

14                                 *Attorneys for Defendants Powertree Services, Inc.,*
                                   *Powertree San Francisco One, LLC and Danlin*
15                                 *Corporation*

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES RELATED TO DEFENDANTS' FIRST
MOTION TO DISMISS PLAINTIFF'S COMPLAINT, CASE NO. 3:21-cv-01012-SK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ATTESTATION

In compliance with CAND ECF Policies and Procedures regarding Stipulations and Other Documents Requiring Multiple Signatures, I hereby attest that I have obtained the concurrence in the filing of this document from all signatories.

DATED:  April 2, 2021                                    **MCGUIREWOODS LLP**

By:*/s/ Alicia A. Baiardo*
          Alicia A. Baiardo

          *Attorneys for Plaintiff Panasonic Corporation of North America*

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO DEFENDANTS' FIRST MOTION TO DISMISS PLAINTIFF'S COMPLAINT, CASE NO. 3:21-cv-01012-SK

1                          [PROPOSED] ORDER   AS MODIFIED

2          **PURSUANT TO STIPULATION, IT IS SO ORDERED** the foregoing Stipulation of the

3   Parties is hereby adopted. The Court orders as follows:

4          1.      Plaintiff's deadline to respond to Defendants' Motion to Dismiss is extended to and

5   including April 13, 2021;

6          2.      Defendants' deadline to reply to Plaintiff's response to Defendants' Motion to

7   Dismiss is extended to and including April 22, 2021;

8          3.      The hearing on the Motion to Dismiss shall be _____, 2021.   May 13, 2021 at 2 p.m.

9          When setting hearings, the parties should reference the "scheduling notes" section of Judge

10         **IT IS SO ORDERED.**   Chhabria's webpage for available dates and times.

11

12   Date:  April 5, 2021           _____



13                                  The Hon. Vince Chhabria

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO DEFENDANTS' FIRST
MOTION TO DISMISS PLAINTIFF'S COMPLAINT, CASE NO. 3:21-cv-01012-SK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Alicia A. Baiardo, certify that on April 2, 2021, the foregoing document **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATED TO DEFENDANTS' FIRST MOTION TO DISMISS PLAINTIFF'S COMPLAINT** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

*/s/ Alicia A. Baiardo*
Alicia A. Baiardo